## Commonwealth *v.* Fichera, Appellant.
## Commonwealth *v.* McCormick, Appellant.

Argued April 15, 1975. *Alan L. Carb*, with him *Seewald and Carb*, for appellants; *Joseph M. Stanichak*, Assistant District Attorney, with him *Joseph S. Walko*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.